**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**BRANDON MCFADDEN,**

      **Plaintiff,**

 vs.                   **9:09-CV-1415**

**SCOTT HERMAN, et al.,**

      **Defendants.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**


**DECISION & ORDER**

**I. INTRODUCTION**

  This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Andrew T. Baxter, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). No objections to Magistrate Judge Baxter's Report-Recommendation [dkt. # 54] have been filed, and the time to do so has expired. Furthermore, after examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

**II. CONCLUSION**

  Accordingly, the Court **ADOPTS** the Report-Recommendation [dkt. # 54] for the reasons stated therein. Therefore, Defendants' motion to dismiss [Dkt. # 53] is **GRANTED IN PART** and **DENIED IN PART**. All claims brought against Defendants Herman and

1

Finton in their official capacities are **DISMISSED**.  Any claim alleging the failure to intervene brought against Defendant Herman in his personal capacity is **DISMISSED WITHOUT PREJUDICE**.  The motion is **DENIED** as to Plaintiff's claim of excessive force brought against Defendant Finton in his personal capacity.

**IT IS SO ORDERED.**

**Dated:** February 15, 2013

Thomas J. McAvoy
Senior, U.S. District Judge