**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**BRANDON MCFADDEN,**

                         **Plaintiff,**

     **vs.**                                               **9:09-CV-1415**

**CHAD FINTON,**

                         **Defendant.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**


## DECISION & ORDER

**I.    INTRODUCTION**

This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Andrew T. Baxter, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). No objections to Magistrate Judge Baxter's Report-Recommendation [dkt. # 64] have been filed, and the time to do so has expired.

**II.    DISCUSSION**

After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

**III.    CONCLUSION**

Accordingly, the Court **ADOPTS** the Report-Recommendation [dkt. # 64] for the reasons stated therein. Defendants' motion for summary judgment [dkt. # 62] is

1

**GRANTED**, and the complaint is **DISMISSED IN ITS ENTIRETY.**

**IT IS SO ORDERED.**

**Dated:** June 20, 2014

_____
Thomas J. McAvoy
Senior, U.S. District Judge